# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EDMOND D. SPENCER

NO. 2019 KW 1419

**DEC 0 6 2019**

---

In Re: Edmond D. Spencer, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 96-CR1-064076.

---

**BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's "Nunc Pro Tunc Motion for Post Verdict Judgment of Aquittal," filed April 16, 2019.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT